UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF COMMERCE, et al.,<br><br>　　　　Defendants. | Civil Action No. 23-1410 (TSC) |

## JOINT STATUS REPORT

　　Americans for Prosperity Foundation ("Plaintiff") and the United States Department of Commerce ("Commerce") and National Institute of Standards and Technology ("NIST") (collectively, "Defendants") respectfully file this joint status report.

　　This case arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. On May 21, 2025, in furtherance of the parties' agreement, this Court ordered Defendants to review no fewer than 300 potentially responsive documents per month and make interim productions of non-exempt responsive documents that do not need consultation with additional agencies on the 20th of each month (or first business day thereafter if the 20th is not a business day). Commerce complied with this order and made interim productions to Plaintiff on June 20, 2025; July 21, 2025; August 20, 2025; and September 22, 2025. Following the lapse in government appropriations across October and November 2025, and pursuant to an agreement reached between the parties, Commerce made another interim production to Plaintiff on December 10, 2025. On January 2, 2026, in furtherance of the parties' agreement, the Court ordered that future interim productions of this type should now occur on the 10th of each month (or first business day

thereafter if the 10th is not a business day). Commerce asserts that it has been complying with this order, and made interim productions to Plaintiff on January 12, 2026, and February 10, 2026.

In accordance with the Court's January 2, 2026, Minute Order, the parties will file another joint status report by Monday, April 20, 2026.

Date:   February 20, 2026                              Respectfully submitted,

*/s/ Ryan P. Mulvey*                                         JEANINE FERRIS PIRRO
Ryan P. Mulvey                                               United States Attorney
D.C. Bar No. 1024362

                                                         By:        */s/ Sam Escher*

AMERICANS FOR PROSPERITY                     SAM ESCHER, D.C. Bar # 1655538
FOUNDATION                                   Assistant United States Attorney
4201 Wilson Boulevard, Ste. 1000             601 D Street N.W.
Arlington, VA 22203                          Washington, D.C. 20530
Telephone: (571) 444-2841                    (202) 252-2531
rmulvey@afphq.org                            Sam.Escher@usdoj.gov

*Counsel for Plaintiff*                      *Counsel for United States of America*

2