UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>       Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF COMMERCE, et al.,<br><br>       Defendants. | Civil Action No. 23-1410 (TSC) |

**JOINT STATUS REPORT**

Americans for Prosperity Foundation ("Plaintiff") and the United States Department of Commerce ("Commerce") and National Institute of Standards and Technology ("NIST") (collectively, "Defendants") respectfully file this joint status report.

This case arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. On May 21, 2025, in furtherance of the parties' agreement, this Court ordered Defendants to review no fewer than 300 potentially responsive documents per month and make interim productions of non-exempt responsive documents that do not need consultation with additional agencies on the 20th of each month (or first business day thereafter if the 20th is not a business day). On January 2, 2026, again in furtherance of the parties' agreement, the Court ordered that future interim productions of this type should now occur on the 10th of each month (or first business day thereafter if the 10th is not a business day).

Commerce asserts that it has been complying with this order. Since the parties' last joint status report, *see* ECF No. 29, Commerce has made interim productions to Plaintiff on July 10, 2026, and August 10, 2026.

In accordance with the Court's January 2, 2026, Minute Order, the parties will file another joint status report by Tuesday, October 20, 2026.

Date:   August 11, 2026

*/s/ Ryan P. Mulvey*
Ryan P. Mulvey
D.C. Bar No. 1024362

AMERICANS FOR PROSPERITY
FOUNDATION
4201 Wilson Boulevard, Ste. 1000
Arlington, VA 22203
Telephone: (571) 444-2841
rmulvey@afphq.org

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:        */s/ Sam Escher*
        SAM ESCHER, D.C. Bar # 1655538
        Assistant United States Attorney
        601 D Street N.W.
        Washington, D.C. 20530
        (202) 252-2531
        Sam.Escher@usdoj.gov

*Counsel for United States of America*

2